Adam M. Solinger, Esq.
Las Vegas Defense Group, LLC
Nevada Bar Number 13963
2970 W. Sahara Ave
Las Vegas, Nevada 89102
(702) 378-2407

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:18-CR-00066-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO CONTINUE** |
| | ) | **MOTION RESPONSE DEADLINES** |
| JAMES "JIMMY" EVANS, Sr., | ) | |
| and | ) | |
| BOBBY JO KISSEL, | ) | |
| | ) | (FIRST REQUEST) |
| Defendants. | ) | |

    **IT IS HEREBY STIPULATED AND AGREED**, by and between NICHOLAS A. TRUTANICH, United States Attorney, and JAMES E. KELLER, Assistant United States Attorney, counsel for the United States of America and ADAM M. SOLINGER, Esq. counsel for Defendant JAMES EVANS that the parties shall have to and including **September 3, 2019,** to file any and all responses to the dispositive motions.

    **IT IS FURTHER STIPULATED AND AGREED** that the parties shall have to and including **September 10, 2019,** to file any and all replies to the response to the dispositive motions.

    The Stipulation is entered into for the following reasons:

1. The parties believe that there is a resolution that would make the pretrial motions moot and they do not wish to engage in further litigation and utilize their respective resources towards the same if the case resolves as the parties anticipate.

1

2.      This is the First Stipulation to continue the motion

response deadlines but the deadlines have been previously continued

pursuant to the stipulations to continue all deadlines previously

filed.

DATED this 2nd day of August, 2019.

/s/ *ADAM M. SOLINGER*
ADAM M. SOLINGER, ESQ.
2970 W. Sahara Ave
Las Vegas, NV 89102
Attorney for James Evans

/s/ *JAMES E. KELLER*
JAMES E. KELLER, AUSA
400 South Virginia Street
Suite 900
Reno, NV 89501
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,    )
                             )   3:18-CR-00066-HDM-WGC
            Plaintiff,    )
      v.               )   **ORDER TO CONTINUE**
                             )   **MOTION RESPONSE DEADLINES**
JAMES "JIMMY" EVANS, Sr.,    )
and                         )
BOBBY JO KISSEL,           )
                             )   (FIRST REQUEST)
            Defendants.    )
_____)

**FINDINGS OF FACTS**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

The continuance is necessary for the following reasons.

1. The parties believe that there is a resolution that would make the pretrial motions moot and they do not wish to engage in further litigation and utilize their respective resources towards the same if the case resolves as the parties anticipate.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into the account the exercise of due diligence.

The continuance sought herein is excluded under the Speedy Trial Act, title 18, United States Code § 3161(h)(7)(A) when considering the factors under Title 18, United States Code §§ 3161 (h)(7)(B)(i) and 3161(h)(B)(iv).

## O R D E R

**IT IS THEREFORE ORDERED** that the parties shall have to and including **September 3, 2019,** to file any and all responses to the dispositive motions.

**IT IS FURTHER ORDERED** that the parties shall have to and including **September 10, 2019,** to file any and all replies to the response to the dispositive motions.

**DATED** this <u>2nd</u> day of <u>August</u>, 2019.

_____
UNITED STATES DISTRICT JUDGE

4

**CERTIFICATE OF SERVICE**

I certify that I on the date below, I electronically filed the foregoing document with the Clerk of the Court by using the ECF system which will send a notice of electronic filing to the following:

JAMES E. KELLER, AUSA

DATED this 6th day of August, 2019.

_ADAM M. SOLINGER, ESQ._