NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
JAMES E. KELLER
Assistant United States Attorney
Nevada Bar No. 10636
400 South Virginia, Suite 900
Reno, Nevada 89501
Phone: (775) 784-5438
Email: james.keller3@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>    v.<br><br>James "Jimmy" Evans, Sr.,<br><br>                Defendant. | 3:18-CR-00066-HDM-WGC<br>ORDER GRANTING<br>**Government's Motion to Dismiss Information** |

Pursuant to defendant Evans' executed plea agreement with the government in the case, ECF No. 46, the government hereby moves to dismiss the Information filed on September 11, 2018, against him pursuant to 21 U.S.C. § 851, a copy of which is attached hereto as Exhibit One, for defendant Evans' sentencing in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

1

If defendant Evans attempts to withdraw or otherwise contests his plea agreement or sentence, the government reserves the right to refile this Information, as provided in the plea agreement.

Wherefore, the government moves to dismiss the Information, attached hereto as Exhibit One, for the defendant's sentencing in this case.

DATED this 20th day of November, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *James E. Keller*
JAMES E. KELLER
Assistant United States Attorney

IT IS SO ORDERED.

Dated this 3rd day of December, 2019.

_____
HON. HOWARD D. McKIBBEN
UNITED STATES DISTRICT JUDGE