UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>JAMES JIMMY EVANS, SR.,<br><br>               Defendant. | Case No. 3:18-cr-00066-HDM-WGC<br><br>ORDER |

The defendant's motion for leave to file under seal (ECF No. 103) Exhibit A, which consists of the defendant's medical records, is GRANTED. Exhibit A (ECF No. 104) is deemed properly filed under seal.

IT IS SO ORDERED.

DATED: This 28th day of July, 2020.

_Howard D McKibben_
UNITED STATES DISTRICT JUDGE